IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 0 4 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

UNITED STATES OF AMERICA )
vs. ) Case # CIV-22-109-HE
)

Defendants, including but not limited to:
    Warden Scott Nunn,
    Asst Warden Edward Mayfield
    Chaplain      Weaver,
    Former Chaplain  Gaskill,
                      Shiplet,
    OKDOC Grievance Admin Mark Knutson

## SWORN CRIMINAL COMPLAINT

I, Richard Patrick Spaulding, complainant, declare that the following is true and correct to the best of my knowledge and belief.

Between the dates of March 1, 2021 and date of this instrument in the county of Alfalfa in the Western District of Oklahoma, the defendants listed herein knowingly and willingly violated the Federal law including (but not limited to):

| CODE SECTION | ABBR. OFFENSE DESCRIPTION |
|---|---|
| 18 USC §241 | Conspiracy to deprive of Civil Rights |
| 18 USC §242 | Deprivation of rights under color of law |
| 18 USC §245 | Obstruction of federally protected activities |
| 18 USC §247 | Obstruction of free exercise of religious belief |
| 18 USC §371 | Conspiracy to commit offense |
| 18 USC §1001-1040 | Fraudulent/False written statements |
| 18 USC §1512-1513 | Tampering/Retaliating against victim |
| 18 USC §1701-1703 | Obstruction/Destruction of mail/correspondence |
| 18 USC §1709 | Theft of mail by officer/employee |

42 USC §§1983,1985,1986,1988,2000cc
51 OS§§251-258
1st and 14th amendments of US Constitution
Article I§2 and II§5 of the Oklahoma Constitution.
Interference with victim to prevent raising Civil Rights abuse in Federal Court.

Defendants involve 3-4 administration employees at the prison and 1-2 senior state office administrators involved in overseeing of the OKDOC prisoner rights grievance process, direct actions of fraud and retaliation against victims by cooperation and/or deliverate indifference of persons in process resulting in several months of knowing abuse of rights in open defiance of state and federal law.

This criminal complaint is based on these facts, continuing in the attached sheet(s):

Page 1

1. I am an inmate at the James Crabtree Correctional Center (JCCC) located at 216 North Murray Street, Helena, Oklahoma 73741. I have been in the custody of JCCC throughout the events discussed herein (about March 1, 2021 through date of this instrument). My contact information at the prison is:

    > Richard P. Spaulding #797250
    > JCCC Unit 4-West
    > 216 N. Murray St.
    > Helena, OK 73741-1017
    > (580) 852-3221

    JCCC is a state prison operated by the Oklahoma Department of Corrections (OKDOC).

2. I am the inmate leader and teacher for the Pagan group of faiths at JCCC. The abuses listed are performed against a class of inmates defined solely by their being of Pagan faith.

3. Pagans are not allowed to meet indoors at JCCC.

    I ask Chaplain Gaskill to end this practice, and he refuses, saying he will not allow pagans to meet indoors in his chapel. I grieved the issue to the Warden, who directs Gaskill to allow us to meet indoors once a week just like everyone else.

    We are scheduled Thursdays from 0945 to 1100.

    Inmate Chapel workers interfere with our new indoor services from the start (most of these issues continue to current day):
    - Christian Chapel workers and faith team members are allegedly told by Gaskill that they can sing and play Christian music during our Pagan services, and do so whilst hid behind shelves.
    - Christian inmate chapel worker Ira Fultz (one of the most senior of chapel staff) begins interrupting our classes and requiring we end early, claiming the Chaplain tells us to do so – sometimes by as much as 20 minutes early. We are told to queue in the hallway, where we are held waiting until the normal end of our class time, and then sent back to our cells.
    - Christian faith leaders are somehow made aware of the confidential content of my grievances against Gaskill and I am harassed as "the one who made the Chaplain let the Pagans in our Chapel".
    - Loudly heckle us in our classes, playing Christian music over the sound system during our classes.
    - Loudly heckle from outside the Chapel door.
    - Harass and proselytize our members coming and leaving services.
    - Make a point of leaving out a coffee urn for inmates in the chapel...but refuse any pagan who attempts to use it, saying it is "Christian" coffee.

    Gaskill's office is in his open office just 10 feet away.
    I file against these issues also. Gaskill takes no disciplinary action against anyone.

4. Through May/June 2021 – I am invited to play guitar in a religious event. Inmate David Epperson has been placed in authority of the instruments (an OKDOC policy violation) and refuses me access to them, saying "I know who and what you are", "You're the one who made the Chaplain let the Pagans into the Chapel" "You teach the Pagan services". Epperson tells me I must sign a Christianity Contract called a "Covenant" in order to play music, as only Christians are allowed.

Shocked and deeply offended by what Epperson has said, I go directly to the Chaplain to alert him to the situation, fully expecting such outrageous behavior won't be allowed. Gaskill, however, mirrors every single bit of what Inmate Epperson has said.

Gaskill tells me that:
- I must disavow my Pagan faith and sign a Christianity contract if I wish to use the guitars or play music while he is Chaplain.
- He will only allow the Christian faith to have praise music.
- If I try to grieve him again to force the issue he and the Christian inmates "will have very strong feelings about that."
- My Pagan touch "defiles and desecrates the prison property".
- Some of the guitars belong to a couple inmates as their personal property and that he helped them buy them using a fake charity donation scheme, but if I sign the Christianity contract I can buy my own guitar.
- There are 5 praise teams at JCCC, and all 5 are exclusively Christian. There have *never* been non-Christian praise teams allowed.

I have been an openly practicing Pagan in the middle of the bible-belt for over 20 years and have *never* experienced such outrageous bigotry.

In speaking with other inmates I discover this is very common - Gaskill attempts to intervene when he discovers a non-Christian is being allowed to play or sing faith music. If that fails to scare the non-Christian inmate away, Gaskill then speaks to the Christian inmates about it who in turn attempt their own discouragement and harassment of the non-Christian inmate.

A muslim on my housing unit (Inmate Higgins) was himself warned by friends that Gaskill was talking to inmates after he'd sung in a Saturday Christian service led by a volunteer (Mr. Haney).

I am later taken aside by the two most prominent Christian inmate praise team leaders (Inmate Epperson and Inmate McCarthy), one by one, and advised not to attempt to take the issue any further. I am also told by one of them (Inmate David Epperson) that the music instruments are his, purchased by his family via the fake donation scheme. I am told that Chaplain has bought some instruments using funds belonging to the prison.

5. May/June 2021 – I request the creation of an interfaith praise team composed of inmates from many faiths, useable for any faith's events but for primary intent of finally giving non-Christians faith music as well. Gaskill initially claims he will allow it, says to come see him in 2 weeks to get it started. But when I return in 2 weeks, he refuses.

6. June to July 2021 – Desiring to further my own religious education and my ability to help members of my faith, I formally requested that the prison facilitate contact with Pagan clergy. Chaplain Gaskill refuses, falsely claiming in writing that he is no longer the Chaplain for JCCC. Christians, however, continued to receive Gaskill's support.

7. August 2021 – Chaplain Gaskill is replaced by Chaplain Weaver. Weaver begins cancelling Pagan services without notice and will not allow us weekly services. Christian faiths and those Non-Christian faiths he is Court ordered to facilitate (Muslim and Nations of Gods and Earth) are allowed to have classes.

   Pagans cease have not been able to receive the religious materials we order since Chaplain Weaver's arrival, despite every order being approved and comprised of items allowed by policy. Every arriving order from the Pagan supplies vendor (Azure Green) is either seized as "contraband" or turned away. Weaver will take no action, merely confirms we cannot have or receive the items we are allowed by policy and law. Identical items are allowed and given to other faiths (books, smudge kits, herbs, oils, ritual supplies) on a weekly basis. We haven't been able to receive a religious order in over 5 months.

8. August 26, 2021 – Weaver openly takes a scheduled Pagan service away to give to a faith he prefers (Nations of Gods and Earth, their 3rd service of the week). Both I and the other faith leader (Inmate Hemphill) let Weaver know it is unnecessary as an open timeslot exists for either faith to use, ensuring both faiths needs are met. Weaver refuses.

   By close of August we have been allowed less than half our scheduled classes.

9. I request access to play music from new Chaplain Weaver. He refuses flatly with no reason.

10. I request Weaver facilitate our contact with Pagan Clergy. He refuses. I ask again a few weeks later and am again refused, though this time he falsely claims (in writing on an official form) that OKDOC can only find us a Christian Unitary person in Tulsa. There are least 3 guards at the prison who are local region pagans, meaning that local pagan clergy exist. I reply to Weaver that we are not the only Pagans in the entire state of Oklahoma and ask why he won't put us in contact with clergy of our faith near enough to advocate for us.

11. September 2021 – Pagans are not allowed to observe Mabon /Autumn equinox, one of our 8 major holy days.

    Over half our weekly classes are blocked and canceled without notice.

    It being clear Weaver is purposefully targeting our faith in particular, I attempt to file an emergency grievance to the Warden ( a filing which goes directly to the warden and is intended to resolve situations where staff are abusing inmate rights). I have several witnesses review my complaint and accompany when I put it in the facility internal mailbox. No reply is every made to the complaint. The mailbox is locked and only accessible to staff.

Assistant Warden Mayfield claims it never arrived.

12. October 2021 – Weaver has failed to give written approval or scheduling of our weeks old request to be allowed to observe our biggest holy day – Samhain/Halloween.

I attempt a second emergency grievance, with witness same as before. No reply ever occurs. Assistant Warden Mayfield claims it never arrived.

A day or two before Halloween with no change, in order to get a meeting I have to wait outside his office for a very long time until he and his staff realize I am not going away. I meet with Weaver and try to discuss the totality of the issues. He is noncommittal. Having had enough, I begin to explain the current situation's legal gravity: that he as a State Chaplain is openly preventing the exercise of an entire religion at his facility, and the members are demanding I sue to end the abuse because he has been overheard bragging how only a lawsuit will force him to allow us to practice our religion. He acts offended and claims to not have realized the total impact upon us. Weaver vows no further problems will occur, saying classes/Halloweeen/religious orders will be allowed from here on out. He wants my word not to sue or file more paperwork. I agree not to do so if he keeps his word, but make clear I have pending time sensitive filings waiting and cannot allow any other issues. We shake hands and I leave.

Halloween is not allowed to occur. I learn over the weekend that within 10 minutes of my leaving Weaver's office he had signed a calendar cancelling Pagan weekly services and kicking us out of the Chapel...giving us just 2 services a month on Calendar and only with a Christian outside volunteer who has not been asked if they are willing to host a group of Pagans.

Guards have begun mentioning their disapproval of what is now seen as obvious discrimination. They allow me 20 minutes to gather our Pagan members and tell them in person of the cancelled observance and return feast supplies to the inmates.

I have witnesses review and accompany me to file by mail the pending paperwork to raise these issues with OKDOC state offices in Oklahoma City again. It should only take a day or two for the filings to arrive.

We are only allowed one of our scheduled weekly services in the entire month of October.

Weaver begins falsely claiming that our faith doesn't have enough members to justify his allowing us to have religious services. A chapel worker (Inmate Coleman) disapproves of what is going on and shows me the spreadsheet Weaver turns in to the Warden. It shows we have 14 people at JCCC who claim the Pagan faith on their inmate record – the same number as those in Indian tribal services and those who are Catholic and more than those who are Buddhist or who are Nations of Gods and Earth....all of whom are allowed weekly services (Nations of Gods and Earth are allowed at least 2 services per week....more than Pagans have been allowed in quite some time).

Further, Weaver goes on to claim that we use 4% of his Chapel time, a mathematical impossibility given that we are only being allowed to have services once a month. 0 hours of time in a week where we are not allowed to exercise our faith is not 4% of the facility's resources. These fraudulent claims are made every time we submit a filing unto current date.

In a recent written response Weaver claims that the 0 services he is allowing in a week is more than our faith is entitled to.

13. November 2021 – I learn all of my filings to state offices were delayed in leaving the facility and are thus untimely, having somehow taken days to leave the facility after placement in the mailbox.

    I try again to file a 3rd emergency Grievance. As before, with witnesses. Mayfield claims it never arrived.

    I am subsequently able to verify that mail from other persons placed in the mailbox on the very same day (October 31, 2021) successfully reaches Tulsa arrives in just 2-3 days. The sole difference is that these items do not bear the only address used by the prison system for raising prison issues to state officials.

    Because the issues are ongoing week after week I re-file on the new occurrences. Assistant Warden Mayfield begins claiming any new issues are merely duplicate issues, dismissing them, states that the previous complaints (which were prevented from timely reaching State offices) impose a bar against our raising them in the future. A further violation of OKDOC policy.

    WE ARE ONLY ALLOWED 1 PAGAN CLASS SERVICE IN NOVEMBER 2021.

14. December 2021.
    WE ARE ONLY ALLOWED 1 PAGAN SERVICE/CLASS IN DECEMBER 2021.

    - ASST. WARDEN EDWARD MAYFIELD, WORKING WITH WEAVER, AFTER MONTHS OF UNHANDLED RELIGIOUS RIGHTS ABUSES, HAS ME WRITTEN UP WITHOUT SPECIFYING CAUSE OR FACTS, THEN PLACES ME UNDER A GAG ORDER BLOCKING ME FROM REPORTING ANY FURTHER ABUSES.
    - MAYFIELD DISMISSES ABOUT 6 RIGHTS COMPLAINTS WITH NO INVESTIGATION.
    - MAYFIELD APPLIES GAG ORDER RETROACTIVELY FORWARD & BACK IN TIME TO DISMISS & BAR ALL CIVIL RIGHTS COMPLAINTS FILED SINCE MARCH WITHOUT INVESTIGATION & PREVENTS THEM FROM BEING RAISED IN FED CIVIL RIGHTS PROCEEDINGS.

- The gag order issued by Mayfield falsely claims I have made civil rights complaints solely "to harass", without having once interviewed any witness statements from any inmates whatsoever, making it impossible for him to have identified whether our civil rights complaints were frivolous or not.
- The gag order is setup to create an illusion of being able to file complaints but in truth renders them utterly impossible:
    - Requires staff review and approval of the complaint by staff members involved in the civil rights violations
    - Requires the inclusion of information detailing the dates, titles, facts, staff dates, staff replies, staff confidential info stored in OKDOC systems....for anything I have filed in the past year. The staff confidential entries and dates are available only to Mayfield
    - Requires that I can only write Mayfield by submitting a grievance containing the very information which only he himself has....rendering submittal impossible.
    - Requires each and every page be notarized by a subordinate staff member of Mayfield. Such a no0tarization requires financial approval which takes a longer approval time than deadlines allowed for submission of a rights complaint.
    - Indicates that the substance of any rights complaint (the "meat and potatoes" facts of the complaint) will only be read if all of the above requirements were met.

- The gag order prevents me from filing any further civil rights issues for a total period of 2 years, more than double the maximum allowed by OKDOC policy.
- Mayfield supervises the law library, which is also required to raise civil rights complaints or do any legal work.
- I am called into staff office and harassed for filing civil rights complaints against a "nice guy" by staff members Mr. Shiplet and _Mrs. ?(Gray Hr, Jewish, Glasses, Unit 4 Case Mgr)_, also asking that I pre-date the signing of the write-up and gag order. I refuse.
- I am asked "Why the hell are you hating the chaplain" by Shiplet. When I explain I do not hate any staff member and am merely attempting to fix nearly 6 months of not being allowed to exercise our religion and make clear I feel I am being retaliated against without any investigation of meritorious civil rights complaints, he scoffs my complaints, but does go with another staffer to talk to Weaver to verify the complaints.
- Shiplet returns and tells me I am a liar and spreading "half-truths", that and that Weaver has told him I am merely mad that he won't work on Thanksgiving...Weaver lied and says all classes and services are being allowed to happen and Pagans can meet anytime they want to if its outside at the Pagan circle across the yard and not inside the chapel. I explain to Shiplet this is all a lie, that we are supposed to be allowed to meet indoors like any other faith.
- A guard (Meeks) comes to me afterward and says he overheard all this and has personally gone in to correct the parts he knows were lies, says he told Shiplet that Pagans haven't been getting classes or services and our unit isn't allowed outside without Chaplain or warden or chief permission which has never been given.

As of date of this instrument the retaliation against myself and other pagans has continued.

I remain under a formal; gag order preventing me from filing further civil rights abuse notices to the state offices and which in turn prevents my being able to raise any of the past several months of issues in Federal Civil Rights proceedings (42 USC 1983).

Repeated pleas for help to the OKDOC state offices have gone without action – all responded to by a Mr Knutson, who ignores the substance of every complaint and merely reflects them back to the prison, typically resulting in their being seen only by Mayfield.

Time-sensitive replies from the state offices to me are purposely delayed by prison staff for up to 4-6 days before being released to me. The further delays and interference with any effort to write the state offices render such efforts untimely in nearly every one of the 30+ times I have attempted to get state aid since March 2021.

All pleas to OKDOC state offices since December are returned unread for my inability to comply with the impossibilities of the gag order.

Weaver is currently a unit housing manager at JCCC prison.

As a result of the retaliation and the total lack of any state level OKDOC administration in the prison's broad daylight abuse of an entire faith, members of the faith have expressed fear when asked to step in and submit paperwork since my being gagged.

Complaints submitted are supposed to be confidential as a matter of OKDOC policy, yet each time they are submitted since October chapel inmate workers and inmate Christian leaders demonstrate awareness of their contents when harassing myself and other pagans.

Prior to Mayfield's unlawful write-up and gag order against me in early December 2021, I have had a spotless inmate record since the day of my arrest on January 30, 2017.

I have inmate & staff witnesses/evidence/documentation.

Weaver has placed an inmate (Ira Fultz) in charge of whether inmates can speak to him in order to block the filing of civil rights complaints, as OKDOC only allows filing rights complaints if you've spoken to staff within 3 days of the violation. Fultz refuses pagan, requiring we submit a rights request in writing in violation of the above mentioned policy. Responses take nearly 3 weeks and if grieved to Mayfield are sent back warning inmates they must speak to Weaver first. Fultz requires inmates disclose the personal information requiring Weaver's attention before he'll even consider allowing inmates to speak to him.

The attendance of Pagan services prior to Weaver was 15-20. After months of this abuse I now only see 6-8 or less on the rare days when Weaver tolerates to let us have our services. Weaver claims in writing he does not have to allow our classes based on resulting size of attendance, yet ensures smaller faiths of less than 5 members get 2 classes per week.

Weaver continues to lie to staff, now claiming our faith isn't the only faith missing all its classes. This is a lie. If a single Christian class is missed, there are over 15 others that week a Christian can attend. There is but one Pagan class listed on each week and by preventing it for 3 weeks at a time Weaver stops an entire faith.

None of Mayfield or Weaver or any staff responses to the complaints has ever claimed COVID or security as the reason Pagans are not allowed to have our religious observances or weekly class services.

I and other non-Christians are still not allowed to participate in music or use the musical instruments owned by OKDOC. Weaver, when on the verge of being forced to reply to grievances about this issue simply took the instruments away from everyone, but allows and meets with Christians to discuss their music needs.

Christian services and events are blessed with custom signs posted everywhere in the facility. Christian materials are everywhere throughout the facility and available for free to any inmate who asks....there are literally more of these postings in the prison than PREA posters. Inmates are allowed to use state materials and computers to make their own Christian supplies for services and posters/postings throughout the prison. Pagans, however, must turn in paperwork and endure the above listed roadblocks. We are unable to get clergy or privately order similar supplies due to the listed violations.

This complaint is not inclusive of every possible violation. Other violations exist, and it is likely a thorough investigation will reveal other conspirators and party violations. We need help.

I will participate in the investigation and prosecution of each and every individual involved to the fullest extent of the law. I want an investigation and prosecution of each and every person involved.

A copy of this complaint has been filed with the US District Court for the Western District of Oklahoma and the US Attorney for the Western District of Oklahoma.

I, Richard Patrick Spaulding, complainant, declare that the above and foregoing is true and correct to the best of my knowledge and belief.

Executed this 31 day of JANUARY 2022 at 216 North Murray Street, Helena, Oklahoma, Alfalfa County.

JANUARY 31, 2022, ALFALFA COUNTY

Richard P Spaulding, #797250
Unit 4 West
216 N Murray St.
Helena, OK 73741-1017